SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6962
Facsimile: (415) 436-6927
Email: melissa.brown@usdoj.gov

Attorneys for Federal Defendant
United States Postal Service

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

JAGUAR ASSOCIATE GROUP,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

No. C 07 5022 PVT

NOTICE OF REMOVAL

TO: Clerk, Superior Court of California
County of Santa Clara
Los Gatos Courthouse
191 N. First Street
San Jose, CA 95113

Richard H. France
22860 Old Santa Cruz Hwy.
Los Gatos, CA 95033

PLEASE TAKE NOTICE that on this day Small Claims Case No. 407SC025077 pending in the Santa Clara Superior Court is being removed to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), 1442(a)(1), 1339 and 39 U.S.C. § 409(a) on behalf of federal defendant United States Postal Service. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby present

the following facts to the Judges of the United States District Court for the Northern District of California.

1. On August 29, 2007, plaintiff filed a small claims complaint in the Santa Clara County Superior Court seeking $204.75 in damages from the United States Postal Service ("Postal Service"). Plaintiff's suit arises out of a lost mail matter.

2. On August 29, 2007, the Postal Service was served with a copy of the Plaintiff's Claim and Order to Defendant (small claims complaint). A copy of the Plaintiff's Claim and Order to Defendant is attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitutes the only process, pleading, or order which has been received. The small claims trial presently set for October 23, 2007 at 1:00 p.m. should be vacated upon the filing of this notice.

3. This action must be removed to federal district court because it is a tort action against the Postal Service, an agency of the United States. This action must also be removed to federal district court because it involves a federal question. Original jurisdiction lies in a federal forum under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States), under 28 U.S.C. § 1339 (civil actions relating to the postal service), and other applicable authorities, including, but not limited to, the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq., and 39 U.S.C. § 409(c).

4. A copy of this Notice is being filed with the Clerk of the Santa Clara Superior Court, Small Claims Division. That filing will automatically effect the removal of the action described above, in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: September 25, 2007    By:    /s/ Melissa Brown
MELISSA K. BROWN
Assistant United States Attorney

JAGUAR ASSOCIATE GROUP v. USPS

2

EXHIBIT A

**Service Copy**

| SC-100 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** | *Clerk stamps date here when form is filed.* |

**(ENDORSED) FILED**
AUG 2 9 2007
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
By _____David Pinheiro_____ Deputy

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

Superior Court of California, County of
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
LOS GATOS COURTHOUSE
STREET ADDRESS: 14205 CAPRI DRIVE, LOS GATOS CA
MAILING ADDRESS: 191 N. FIRST ST., SAN JOSE, CA 95113

*Clerk fills in case number and case name:*
**Case Number:** 407SC025077
**Case Name:**

### Order to Go to Court

**Service Copy**

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 10-23-07 | 1:00pm | 97 | Superior Court |
| | 2. | | | Los Gatos Facility |
| | 3. | | | 14205 Capri Drive |
| | | | | Los Gatos, CA 95032 |

Date: 8-29-07      Clerk, by __David Pinheiro_____, Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims),* to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5 →

7409-1  1/07

Case Number: **407SC025077**

Plaintiff (list names): _____

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**
Name: _Jaguar Associate Group - Represented Richard H France_  Phone: _(408) 353-3770_
Street address: _22860 Old Santa Cruz Hwy, Los Gatos CA 95033_
Mailing address (if different): _____

**If more than one Plaintiff, list next Plaintiff here:**
Name: _____  Phone: (___) ___
Street address: _____
Mailing address (if different): _____

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.
☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

**(2) The Defendant (the person, business, or public entity being sued) is:**
Name: _United States Postal Service~~Service~~ - Ms Kathie Faupel - Postmaster_  Phone: _(408) 354-5801_
Street address: _101 S. Santa Cruz_   _Los Gatos_   _CA_   _95030-9998_
Mailing address (if different): _____

**If more than one Defendant, list next Defendant here:**
Name: _____  Phone: (___) ___
Street address: _____
Mailing address (if different): _____

☐ Check here if more than 2 Defendants and attach Form SC-100A.
☐ Check here if any Defendant is on active military duty, and write his or her name here: _____

**(3) The Plaintiff claims the Defendant owes $ _204 75/100_ . (Explain below):**

a. Why does the Defendant owe the Plaintiff money? _We made a First Class Mailing of our Newsletter (Jaguzette) on April 4, 2006. Two Weeks Later the Newsletter had not been delivered - So we got more copies and made a second mailing for which the postage was $204.75/100_

b. When did this happen? (Date): _April 18, 2006_
If no specific date, give the time period: Date started: _____ Through: _____

c. How did you calculate the money owed to you? (Do not include court costs or fees for service.) _Had to remail 325 Jaguzettes at $0.63 each (325 × 0.63) = 204 75/100_

☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

Case Number: 407SC025077

Plaintiff (list names): _____

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☒ Yes ☐ No

If no, explain why not: _____

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area (check the one that applies):

a. ☒ (1) Where the Defendant lives or does business.   (4) Where a contract (written or spoken) was made,
      (2) Where the Plaintiff's property was damaged.        signed, performed, or broken by the Defendant or
      (3) Where the Plaintiff was injured.                              where the Defendant lived or did business when
                                                                                         the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc., § 395(b).)

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). (Civil Code, § 1812.10.)

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. (Civil Code, § 2984.4.)

e. ☐ Other (specify): _____

⑥ **List the zip code of the place checked in ⑤ above** (if you know): 95030-9998

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No
If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here: ☐

⑧ **Are you suing a public entity?** ☒ Yes ☐ No
If yes, you must file a written claim with the entity first.  ☒ A claim was filed on (date): 7-31-06   4-3-07
                                                                                                                    9-15-06   5-12-07
                                                                                                                    11-1-06   7-12-07
If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No   If yes, the filing fee for this case will be higher.

⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 8-29-07  RICHARD FRANCE                          ▶ /s/ Richard France
                      Plaintiff types or prints name here                  Plaintiff signs here

Date: _____                                          ▶
          Second Plaintiff types or prints name here        Second Plaintiff signs here

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Order*. (Civil Code, § 54.8.)

## SC-100 — Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and any evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Ask the clerk if the court can give you an interpreter for free. If not, bring someone—like an adult relative or friend—who can interpret for you in court. It is best if your interpreter is not a witness or listed in this case. Or ask the clerk for a list of interpreters. (Interpreters usually charge a fee.)

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.

- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.

- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.

- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

(408) 370-4440 Option 6

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

# SC-100  Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en:
www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/prepararse.htm

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo bien inglés?
Pregúntele al secretario si la corte le puede dar un intérprete sin costo. Si no, lleve consigo a alguien— ya sea un pariente adulto o amigo— que pueda servirle de intérprete en la corte. O pide del secretario una lista de intérpretes. Es mejor que su intérprete no sea un testigo ni una persona que figure en este caso. (Los intérpretes en general cobran un honorario.)

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en:
*www.courtinfo.ca.gov/forms*

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.

- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea:
www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.

- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) *o*

- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) *o*

- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

(408) 370-4440 Option 6

O vea "Información por condado" en:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

Superior Court of California  
County of Santa Clara

Attachment SC-8006

# NOTICE TO SMALL CLAIMS LITIGANTS

The Superior Court of California, County of Santa Clara – Small Claims Division encourages alternative dispute resolution (mediation) to resolve cases where the parties agree to participate voluntarily.

### What is mediation?

Mediation is a voluntary process for resolving disputes with the help of a neutral, third party, called a mediator. Mediation allows you and the other party to reach a mutually acceptable settlement of your cases instead of having to appear in court to have a judge impose a decision on you. The mediator will not provide legal advice, evaluate your case, or make any decision or judgment for you. However, the mediator will help you and the other party focus on reaching an agreement that is acceptable to all parties involved in the dispute. The mediator will draft the agreement in writing in your words.

### When can I go to mediation?

You may participate in mediation before your court appearance date regardless of where the case was filed. If your case was filed at the Los Gatos Courthouse, you can also participate in mediation on the date scheduled for trial. If you choose mediation, you are encouraged to contact the following agencies as soon as possible to schedule the mediation or to ask any questions that you may have:

---

**SMALL CLAIMS DISPUTES**
Regarding any subject matter & filed in Santa Clara County, call:
SANTA CLARA COUNTY DISPUTE RESOLUTION PROGRAM SERVICES
at (408) 792-2321 or visit www.sccdrps.org/small_claims.htm

---

**HOUSING & NEIGHBORHOOD DISPUTES**
Before filing in Small Claims Court, call
SANTA CLARA COUNTY DISPUTE RESOLUTION PROGRAM SERVICES
Community Disputes at (408) 792-2314 or visit www.sccdrps.org
OR
PROJECT SENTINEL
Gilroy, Palo Alto, Mountain View, and Sunnyvale at (408) 720-9888

---

The staff at the offices listed above will discuss the mediation process with you. They can provide a wide variety of conflict resolution services. YOU WILL NOT BE CHARGED FOR THESE SERVICES.

### How does mediation work on the day of the trial?

Mediation services for Small Claims litigants are available on site at the Los Gatos Courthouse for cases set for trial on Wednesday and Thursday of each week. Both the plaintiff and the defendant must agree to participate in the process. A mediator from the program will meet with you and the other party in your case. You do not need to make an appointment ahead of time to participate in mediation on the day of your hearing; however you may wish to call the dispute resolution program office ahead of time to try to resolve your Small Claims case before the hearing date.

SC-8006 REV. 7/1/07            NOTICE TO SMALL CLAIMS LITIGANTS

Page 1 of 2

Superior Court of California  
County of Santa Clara

Attachment SC-8006

If your case is resolved through mediation, you and the other party will sign a document that outlines what you both have agreed to do. If you are not able to resolve your case through mediation, you will go back into the courtroom and a judicial officer will hear your case. Mediation will not delay your opportunity for a court hearing. The Court, of course, hopes that the mediation will resolve the dispute and eliminate the need for court action.

### What are the benefits of mediation?

One of the advantages of mediation, compared with a trial, is that it allows the parties more time to present their issues and it allows options and resolutions to be discussed candidly and privately. As a result, the parties to a dispute can be in more control of the resolution than when a judge is involved. Mediation proceedings are confidential and conducted in private. Mediations can be conveniently scheduled at any time during the day, some early evenings, and on limited weekends.

Superior Court of California, County of Santa Clara-Small Claims Division
(408)370-4440 Directions to the Los Gatos Facility-14205 Capri Drive, Los Gatos, Ca. 95032
Hours: Monday through Friday 8:30 a.m. to 4:00 p.m.

| From San Francisco<br>From Freeway 280<br>-Take 85 South (Santa Cruz)<br>-Exit at Winchester<br>-Turn Left at Winchester<br>-Turn Left at Knowles (2nd light)<br>-Courthouse is one block on the right | From San Francisco<br>From Highway 101 South<br>-Take 85 South (Santa Cruz)<br>-Exit at Winchester<br>-Turn Left at Winchester<br>-Turn Left at Knowles (2nd light)<br>-Courthouse is one block on the right |
|---|---|
| From Fremont<br>From Freeway 680<br>Freeway 680 becomes Freeway 280<br>-From Freeway 280 to Freeway 880<br>(Highway 17 South-Santa Cruz)<br>-Exit at Lark Avenue<br>-Turn Right on Lark<br>-Lark ends at Winchester-Turn Right on Winchester<br>-Turn Left on Knowles (4th light)<br>-Courthouse is one block in the right | From Oakland<br><br>From Freeway 880<br>-Freeway 880 South (Highway 17 South-Santa Cruz)<br>-Exit at Lark Avenue turn right<br>-Lark Avenue ends at Winchester<br>-Turn Right on Winchester<br>-Turn Left on Knowles (4th Light)<br>-Courthouse is one block on the right |
| From Gilroy<br>From Highway 101<br>-Highway 101 North to Highway 85<br>-Highway 85 to Los Gatos<br>-Exit at Los Gatos Boulevard/Bascom Ave.<br>-Turn Left on Los Gatos Boulevard<br>-Turn Right on Lark Avenue<br>-Lark Avenue Ends at Winchester<br>-Turn Right on Winchester<br>-Turn Left on Knowles (4th light)<br>-Courthouse is one block on the Right | From San Jose International Airport<br><br>-Take Airport Boulevard to Coleman Street<br>-Turn Left on Coleman Street (Stay in right lane)<br>-Enter HWY 880 South (Hwy 17 to Santa Cruz)<br>-Exit at Lark Avenue Turn Right<br>-Lark Avenue ends at Winchester<br>-Turn Right on Winchester<br>-Turn Left on Knowles (4th Light)<br>-Courthouse is one block on the right |





PRICING AND CLASSIFICATION SERVICE CENTER

UNITED STATES
POSTAL SERVICE

June 14, 2007

Richard France
Jaguar Associate Group
22860 Old Santa Cruz Highway
Los Gatos, CA 95033-8704

Dear Mr. France:

I am unable to uphold your appeal for a refund of postage in the amount of $204.75. The request was originally denied by the Postmaster, Los Gatos, California.

On April 8, 2006, Jaguar Associate Group (JAG) presented a single-piece First-Class Mail mailing at the Los Gatos, California Post Office. The mailing consisted of 325 two-ounce newsletters, Jagezette, each bearing postage stamps in the amount of 63 cents.

The pieces were mailed as a follow up mailing to the permit imprint mailing you presented to the Los Gatos Post Office on April 4. In your letter, you state that pieces in the original mailing were not delivered and you subsequently reprinted and mailed a duplicate mailing. Your statement that pieces were not delivered is based on knowledge you obtained from members contacting you with complaints of nondelivery. You state only those living in Los Gatos received the newsletter.

My authority in consideration of your request is limited to whether a refund is authorized under postal mailing standards. The Postmaster correctly informed you that our standards authorize refunds only in limited circumstances (e.g., when the mailpieces are torn or defaced during Postal Service handling so that the addressee or the intended delivery point cannot be identified, or when mail is found in supposedly empty equipment) *Domestic Mail Manual* (DMM) 604.9.2.3. In addition, a refund may only be authorized if postage and special or retail service fees are paid and no service is rendered (DMM 604.9.2.1a). In such a case, the mailer must substantiate that the mail was not delivered.

There are many factors, that are not the fault of the Postal Service, that can affect mail delivery. Examples we have seen include mailpieces that are prepared without barcodes or with incorrect barcodes caused by production or software problems, sortation errors, improperly prepared tray labels causing pieces to be misdirected and other quality control problems. Other factors that can affect delivery are directly related to the design of the mailpiece. Without being able to examine the mailing or mailpieces, we cannot determine whether the preparation of the mail delayed its delivery.

First-Class Mail receives expeditious handling and transportation. Service objectives for delivery are 1 to 3 days; however, delivery time is not guaranteed (DMM 233.3.1.1). There are no provisions for a refund of postage if the mail is not delivered within the timeframe expected. You acknowledge at least some mailpieces delivered. Since there is no proof of non-delivery, there are no provisions for reimbursement of postage. Under the circumstances, I must concur with the decision of the Postmaster, Los Lagos, California to deny a refund of postage.

One method that can be used to enhance delivery is to presort pieces when presorting is allowed by standard.

90 Church Street, Suite 3100
New York, NY 10007-2951
212-330-5300
Fax 212-330-5320

You state you were made aware you did not meet the standard for presorting First-Class Mail, a minimum of 500 pieces or 50 pounds of mail (DMM 233.3.3d). The Postmaster advised you correctly that your mailings with 325 pieces did not meet that standard, which as a result of presorting, allows you to pay discounted postage; however, you can still use your permit imprint at the single-piece First-Class Mail rates of postage.

The use of a permit imprint as a means of applying postage requires only a minimum of 200 pieces or 50 pounds of mail (DMM 604.5.1.2). You should continue to use your indicia if you find its use advantageous. Mailpieces bearing a permit imprint must be presented to Business Mail Entry acceptance personnel where the permit is held (DMM 604.5.1.6).

Please accept our sincerest apologies for this most unfortunate experience as this is not our usual service. I know you count on us as an important partner in helping your business prosper, as we also count on you.

This concludes the appeal process. The mailing standards referred to above may be viewed on Postal Explorer at http://pe.usps.com.

Sincerely,

Edmund J. Wronski
Manager

cc: Manager, Business Mail Entry
    Bay Valley District

    Manager, Mailing Standards

PCSC:AZE:863777

# Jaguar Associate Group (JAG)
*Worlds Oldest Jaguar Club*
San Francisco, California

July 12, 2007

Mr. Edmund J. Wronski
United States Post Office
Manager, Pricing and Classification Service Center

Ref: Your letter dated June 17, 2007

Dear Mr. Wronski

Thank you for your thoughtful letter relative to my request for $204.75 reimbursement. However, because I have not received the $204.75, I find the statement at the end of your letter "This concludes the appeal process" interesting – but unacceptable for the following reasons.

1. We made a first class mailing of the Jagazettes on April 4, 2006
2. By April 18, 2006, after it was determined that the only Jagazettes that had been delivered were the few with Los Gatos addresses, we made a second first class mailing of the Jagazettes.
(There is an error in the second paragraph of your letter wherein you state we made this second mailing on April 8, 2006).
3. Since after two weeks we had not received the first mailing, therefore we had to make the second mailing, I feel we should be reimbursed for at least the postage cost of the second mailing.

You apparently agree with Items #1 & #2 above, but you have quoted all sorts of internal U.S.P.S. rules and regulations justifying why you should not pay.

However, when I purchased the first class postage I did this on the basis of the generally accepted and oft quoted by your desk clerks and also shown on the computer display to the customer of first class delivery being one to three days. I never signed-off on your internal regulations, therefore they really are not germane to this discussion.

The cold facts are: I paid my money on the basis that I would get reasonable service and I did not receive reasonable service and as a result I had to spend another $204.75.

In view of the foregoing I would like you to reconsider my request, but if all you can do is requote the regulations and continue to not pay I would appreciate the name and address of your supervisor or whoever does have the authority to pay.

Sincerely,

Richard France
22860 Old Santa Cruz Hwy.
Los Gatos, CA 95033
Tel/fax 408-353-3770

CC: Kathie Faupel
    Postmaster
    Los Gatos, CA, 95030
Encl: Ltr from Edmund Wronski
     Dated June 14, 2007



Superior Court of California
County of Santa Clara

Los Gatos Courthouse
191 North First Street
San Jose, California 95113

# 407SC025 077   10/23

7007 0710 0004 4311 2579

CERTIFIED MAIL

United States Postal Service
Serve: Ms Kathie Faupel
Postmaster Los Gatos
101 S. Santa Cruz
Los Gatos, CA 95030-9998

10/31/07