SCOTT N. SCHOOLS (SBN SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6962
Facsimile: (415) 436-6927
Email: melissa.brown@usdoj.gov

Attorneys for Federal Defendant
United States Postal Service

FILED

2007 OCT -1  P 3: 35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAGUAR ASSOCIATE GROUP,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

Case No. C 07-5022 PVT

**PROOF OF SERVICE**

    The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on September 28, 2007 she caused a copy of:

    1)    Notice of Removal filed September 28, 2007;

    2)    Order Setting Initial Case Management Conference and ADR Deadlines filed September 28, 2007; Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge Patricia V. Trumbull; Standing Order re Case Management Conference in Civil Cases; Standing Order For All Judges of the Northern District of California;

PROOF OF SERVICE
Jaguar Associate Group v. U.S. Postal Service   -1-

3)   Notice of Assignment Of Case To A United States Magistrate Judge; Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;

4)   ECF Registration Information Handout;

5)   Management/dismissal Hearing Schedules;

5)   Welcome To The U.S. District Court, San Jose; and

6)   Proof of Service

to be served upon the persons at the place and addresses stated below, which are the last known addresses:

Richard H. France
22860 Old Santa Cruz Hwy.
Los Gatos, CA 95033

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of September 2007 at San Francisco, California.

Diann Lackey
Paralegal Specialist

PROOF OF SERVICE
Jaguar Associate Group v. U.S. Postal Service   -2-