SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAGUAR ASSOCIATES GROUP, | ) | No. C 07-5022 PVT |
|                     Plaintiff, | ) ) ) | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
|    v. | ) | |
| UNITED STATES POSTAL SERVICE, | ) ) | |
|                     Defendant. | ) ) | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeal for the Ninth Circuit.

DATED: October 26, 2007                        Respectfully submitted,
                                                                 SCOTT N. SCHOOLS
                                                                  United States Attorney

                                                                      /s

                                                                  _____
                                                                MELISSA K. BROWN
                                                                Assistant United States Attorney for
                                                                Defendant United States Postal Service

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

<u>Jaguar Associates Group v. United States Postal Service</u>
C 06-05022 PVT

to be served this date upon each of the persons indicated below at the address shown:

Richard H. France
22860 Old Santa Cruz Hwy
Los Gatos, CA 95033

√ **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

____ **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

____ **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

____ **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 26, 2007 at San Francisco, California.

                             /s/
                        KATHY TERRY
                        Legal Assistant