SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney
Melissa.K.Brown@usdoj.gov

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAGUAR ASSOCIATES GROUP,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>               Defendants. | No. C 07-5022 PVT<br><br>**DECLARATION OF MELISSA K. BROWN IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL REPLY BRIEF IN LIGHT OF NEWLY DISCOVERED FACTUAL INFORMATION**<br><br>Date:      November 20, 2007<br>Time:     10:00 a.m.<br>Courtroom: 5 |

    I, Melissa K. Brown declare as follows:

    1. I am an Assistant United States Attorney with the United States Attorneys Office for the Northern District of California, Civil Division. I represent the defendant in this action, the United States Postal Service. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth in this declaration and would be competent to testify to them if called upon to do so.

    2. On or about Tuesday, November 13, 2007, I contacted Mr. Richard France who purports to be the representative for Plaintiff Jaguar Associates Group to determine whether Mr. France was a licensed attorney. Mr. France was unavailable, so I left Mr. France a message.

    3. On Wednesday, November 14, 2007 at approximately 9:20 a.m. Mr. France and I

DECLARATION OF MELISSA K. BROWN
ISO DEFENDANT'S SUPP. REPLY ISO MOTION TO DISMISS
C 07-5022 PVT

1  spoke on the telephone. During that telephone conversation, I asked Mr. France if he was a
2  licensed attorney, Mr. France replied that he was not a licensed attorney. I also asked Mr. France
3  if Jaguar Associates Group was a corporation he said that it was "car club."
4      4. I then directed Mr. France to LR 3-9(b), which requires corporations and other entities
5  to be represented by a licensed attorney in court proceedings. I informed Mr. France that I would
6  likely move to dismiss on this additional basis.
7      5. On Thursday, November 15, 2007, at approximately 9:20 a.m. I contacted Mr. France
8  and asked if he intended to bring legal counsel to the hearing on Defendant's Motion to Dismiss.
9  Mr. France informed me that he did not intend to bring legal counsel.
10     I declare under penalty of perjury of the laws of the State of California that the foregoing
11 is true and correct and that this declaration was executed on November 15, 2007 in San
12 Francisco, California.
13
14 Dated: November 15, 2007                    Respectfully submitted,
15                                             SCOTT N. SCHOOLS
                                               United States Attorney
16
17                                                  /S/
                                               MELISSA K. BROWN
18                                             Assistant U.S. Attorney
                                               Attorneys for Defendant
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MELISSA K. BROWN
ISO DEFENDANT'S SUPP. REPLY ISO MOTION TO DISMISS
C 07-5022 PVT                               2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DECLARATION OF MELISSA K. BROWN IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL REPLY BRIEF IN LIGHT OF NEWLY DISCOVERED FACTUAL INFORMATION**

<u>Jaguar Associates Group v. United States Postal Service</u>
C 06-05022 PVT

to be served this date upon each of the persons indicated below at the address shown:

Richard H. France
22860 Old Santa Cruz Hwy
Los Gatos, CA 95033

_____    **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____    **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____    **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____    **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

__√__    **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 15, 2007 at San Francisco, California.

                          /s/
                      KATHY TERRY
                      Legal Assistant