UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAGUAR ASSOCIATES GROUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C-07-5022 PVT <br><br> **ORDER CONTINUING HEARING DATE AND REQUIRING DECLARATION FROM PLAINTIFF** |

In this action, Mr. Richard France filed a Complaint in Small Claims court on behalf of Plaintiff Jaguar Associates Group ("JAG").[1] On September 28, 2007, the USPS removed the case to this Court. Defendant United States Postal Service ("USPS") has filed a motion to dismiss based on lack of subject matter jurisdiction. The motion is currently set for hearing on Tuesday, November 20, 2007. On November 15, 2007, USPS filed a supplemental brief seeking dismissal on the basis that Plaintiff Jaguar Associates Group ("JAG") may not appear pro se in this court. Civil Local Rule 3-9(b) provides: "A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Mr. France filed the Opposition to the Motion to dismiss and has told defense counsel, Ms.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1  Melissa K. Brown, that he is not an attorney and does not intend to bring an attorney to the
2  hearing on the motion to dismiss. (Brown Decl. ¶¶ 3, 5). Accordingly, because a corporation
3  may not appear without counsel, if the claim is brought on behalf of JAG, JAG must appear
4  through an attorney in order to prosecute this case.

5      The supplemental brief raises substantial questions about Mr. France's ability to bring
6  this suit on behalf of JAG and the validity of Mr. France's consent to the undersigned
7  Magistrate. The Court must have additional information to determine whether the suit can go
8  forward and whether the consent is valid. Accordingly, It Is Hereby Ordered that:

9      1.    The November 20, 2007 hearing on the Motion to Dismiss is **Continued**
10        to December 11, 2007 at 10:00 a.m.; and
11     2.    No later than November 27, 2007, Mr. France shall file a declaration
12        clarifying the nature of the claim. Mr. France shall explain whether the
13        claim is brought on his own behalf or on the behalf of the JAG. If the
14        claim is on behalf of JAG, Mr. France shall state whether JAG will
15        appear through counsel.

16     IT IS SO ORDERED

17 Dated: November 16, 2007

                                    _____
                                    PATRICIA V. TRUMBULL
                                    United States Magistrate Judge

1 <u>copies mailed on   11/16/07     to:</u>

2 Jaguar Associate Group
c/o Richard H. France
3 22860 Old Santa Cruz Highway
Los Gatos, CA 95033
4

5

  /s/ Carolyn Frantz for
6  _____
  CORINNE LEW
7  Courtroom Deputy

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*