1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| JAGUAR ASSOCIATE GROUP, | |
|---|---|
| Plaintiff, | CASE NO.: C 07-5022 PVT |
| v. | **CLERK'S NOTICE OF CONTINUANCE OF MOTION TO DISMISS** |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

PLEASE TAKE NOTICE that the Defendant's Motion to Dismiss in the above-entitled matter which was previously set for December 11, 2007 has been continued to **December 18, 2007 at 10:00 a.m.**, before Magistrate Patricia V. Trumbull.  Parties are to appear in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED:  December 3, 2007

                              BY: /s/ Corinne Lew
                                   Corinne Lew
                                   Courtroom Deputy for
                                   Magistrate Patricia V. Trumbull