Richard H. France
Editor - Jagazette
Jaguar Associate Group
22860 Old Santa Cruz Hwy.
Los Gatos, CA 95033
Tel: 408-353-3770
Cell: 408-348-0352
Fax: 408-353-3770
rhfrance@jps.net

Plaintiff

**FILED**

DEC 0 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JAGUAR ASSOCIATE GROUP, ) | No. C 07-5022 PVT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REQUEST FOR HEARING |
| ) | CONTINUATION FROM |
| UNITED STATES POSTAL SERVICE, ) | DECEMBER 11, 2007 TO |
| ) | DECEMBER 18, 2007 |
| Defendents, ) | |
| ) | |

## BACKGROUND

Due to important personal reasons the plaintiff will be out of town on the present scheduled hearing date of December 11, 2007.

The plaintiff contacted the defendant's lawyer, Melissa K. Brown, on Thursday, November 29, 2007 and inquired whether it would be suitable to continue the hearing from December 11, 2007 to December 18, 2007. Melissa K. Brown stated that such a change would be acceptable.

REQUEST

It is respectfully requested that the Court continue the date for the scheduled hearing from December 11, 2007 to December 18, 2007

Dated: November 30, 2007

Respectfully submitted

Richard H. France
Editor - Jagazette