Richard H. France
Editor - Jagazette
Jaguar Associate Group
22860 Old Santa Cruz Hwy.
Los Gatos, CA 95033
Tel: 408-353-3770
Cell: 408-348-0352
Fax: 408-353-3770
rhfrance@jps.net



FILED

DEC 0 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Richard H. France            )
(Member of the               )
JAGUAR ASSOCIATE GROUP)      )    No. C 07-5022 PVT
                             )
        Plaintiff,           )
                             )
            v.               )    **CERTIFICATE OF SERVICE**
                             )
UNITED STATES POSTAL SERVICE,)
                             )
        Defendants,          )
_____)


The undersigned hereby certifies that she is a member of the Jaguar Associate Group and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on Nov 30, 2007 she caused a copy of the following:

> **REQUEST FOR HEARING
> CONTINUATION FROM
> DECEMBER 11, 2007 TO DECEMBER 18, 2007**

To be served this date upon:

> SCOTT N. SCHOOLS (SC9990)
> United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief Civil Division
MELISSA K. BROWN (CSBN203307)
Assistant United States Attorney
Melissa.K.Brown@usdoj.gov

by placing a true copy thereof in a sealed envelope and served by FIRST CLASS MAIL with postage thereon fully prepaid in the outgoing mail receptacle in accordance with my usual practice for handling such mailings

The package was addressed to:

MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495

I declare under penalty under the laws of the United States of America that the foregoing is true and correct.

Executed this 30TH day of November, 2007 at Los Gatos, California.

Norma J. France