Richard H. France
Editor - Jagazette
Jaguar Associate Group
22860 Old Santa Cruz Hwy.
Los Gatos, CA 95033
Tel: 408-353-3770
Cell: 408-348-0352
Fax: 408-353-3770
rhfrance@jps.net

Plaintiff

FILED

DEC 1 2007

NOR...

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Richard H. France<br>(Member of the<br>JAGUAR ASSOCIATE GROUP) )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendants, )<br>———————————————————— ) | No. C 07-5022 PVT<br><br>**PLAINTIFFS DECLARATION<br>CLAIRFYING THE NATURE OF<br>THE CLAIM** |

## 1. BACKGROUND

This is a case that was filed originally in Small Claims Court, which is structured for non-lawyer participation.  On September 28, 2007, the United States Attorneys, on the behalf of the USPS, moved the case to the United States District Court, San Jose Division.  The case involves, due to non-delivery by the USPS, the plaintiff having to make a second mailing of newsletters in the same month. Plaintiff seeks only to recover the postage cost of this second mailing.

## 2. NEWLY DISCOVERED INFORMATION BY DEFENDANT

The defendant, represented by United States Attorney Mellisa K. Brown, found out that the plaintiff, Richard H. France was not an attorney and did not plan to bring an attorney to the scheduled hearing on November 20, 2007. Since The Jaguar Associate Group is a 501-C California Non-Profit Corporation apparently L.R.3-9 (b) applies which would bar Mr. France from representing the Jaguar Associate Group in this action.

## 3. DISCUSSION

As stated above the Jaguar Associate Group is a small Non-Profit Corporation and there are no paid employees. All operations of the club are done on a volunteer basis and the club does not maintain any data on the member's qualifications. The finances of the club would not support the hiring of a lawyer. If the finances would permit such action, the size of the requested settlement, $204.75, would not justify the expense.

## 4. CONCLUSIONS.

In view of the situation the plaintiff respectfully request that the Court consider one of the following scenarios:

**1 For this case have the Court wave the L.R. 3-9 requirement and permit Mr. France to represent The Jaguar Associate Group.**
> (This is a very basic case. To get reasonable delivery out of the USPS we had to pay twice. The defendant's have referenced numerous cases involving the USPS where the USPS got out of paying what their customers thought was reasonable. However there is only one precedent that exactly fits this case and that is the one where the USPS paid The Jaguar Associate Group the requested claim)

**2. If the foregoing is not workable, change the Plaintiff from The Jaguar Associate Group to Richard H. France**
> (Richard H. France is a member of The Jaguar Associate Group and as such has a direct financial interest in the outcome of this case. The money in the treasurer belongs to the members. Mr. France is also an Officer of the club and is the Editor of the Newsletter and was the individual that ascertained that a second mailing was necessary.)

**3. If neither of the foregoing is workable, Continue the Motion to Dismiss until Tuesday, March 11, 2008.**
> (Since The Jaguar Associate Group is a completely volunteer organization it will take several months to canvas the membership and hopefully locate a qualified lawyer that finds this case challenging and is either retired or willing to take time off from his practice to provide the necessary free legal counsel at the hearing.

Dated : November 20, 2007

Respectfully submitted,

*Richard H France*

Richard H. France