**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAGUAR ASSOCIATE GROUP, | C 07-5022 PVT |
| *Plaintiff(s),* | **CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| UNITED STATES POSTAL SERVICE, | |
| *Defendant(s).* | |

Please take notice that the Case Management Conference scheduled for January 15, 2008 at 2:00 p.m. has been rescheduled to **April 22, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**    Parties are to file a Joint Case Management Conference Statement on or before April 15, 2008.  Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: January 7, 2008

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK

1   Copies mailed on 1/7/08 to:

2   **Jaguar Associate Group**
    c/o Richard H. France
3   22860 Old Santa Cruz Highway
    Los Gatos, CA 95033
4

5                                           /s/ Corinne Lew

6                                           _____

                                            Corinne Lew
7                                           Courtroom Deputy

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28