

Case 5:07-cv-05022-PVT    Document 20    Filed 03/05/2008    Page 1 of 3

Richard H. France
Editor - Jagazette
Jaguar Associate Group
22860 Old Santa Cruz Hwy.
Los Gatos, CA 95033
Tel: 408-353-3770
Cell: 408-348-0352
Fax: 408-353-3770
rhfrance@jps.net

Plaintiff



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard H. France<br>(Member of the<br>JAGUAR ASSOCIATE GROUP)<br><br>Plaintiff,<br><br>vs<br><br>UNITED STATES POSTAL SERVICE<br><br>Defendants, | Case No. C 07-5022 PVT<br><br>**ESTABLISHING THE RIGHT FOR MR. FRANCE TO PROCEED IN AN INDIVIDUAL CAPACITY** |

## 1. BACKGROUND

This is a case that was filed originally in Small Claims Court, which is structured for non-lawyer participation. On September 28, 2007, the United States Attorneys, on the behalf of the USPS, moved the case to the United States District Court, San Jose Division. The case involves, due to lack of service by the USPS, the plaintiff having to make a second mailing of newsletters in the same month. Plaintiff seeks to recover the postage cost of this second mailing.

**2. LATEST COURT ORDER DIRECTIVE**

The latest court order was issued on December 12, 2007. This ORDERED THAT:
1. The motion to continue the hearing was GRANTED and the motion was continued to March 11, 2008;
2. Not later than February 26, 2008, Mr. France shall file a declaration either stating that JAG has found counsel or demonstrating his standing to sue as an individual on behalf of JAG; and
3. If Mr. France cannot demonstrate that he has standing or that JAG has obtained counsel, this lawsuit will be dismissed for lack of standing.

**3. DEMONSTRATION OF STANDING TO SUE AS AN INDIVIDUAL**

Mr. France is responding to the second part of No. 2 above by demonstrating his standing to sue as an individual.

Attached is an ASSIGNMENT OF A CLAIM FOR DAMAGES dated December 28, 2007 from the Jaguar Associate Group assigning to Mr. France all rights to the subject claim against the United States Postal Service.

**4. CONCLUSIONS.**

In view of the foregoing, Mr. France petitions the court to delete all references to the Jaguar Associate Group as being the plaintiff and therefore list Mr. France as the sole plaintiff in this case and allow Mr. France to represent himself in all of the court proceeding pertaining to this case.

Dated: February 12, 2008                                Respectfully submitted,

                                                        Richard H. France



# Jaguar Associate Group

*The World's Oldest Jaguar Club*

## ASSIGNMENT OF A CLAIM FOR DAMAGES

FOR VALUE RECEIVED, the Jaguar Associate Group, a California nonprofit corporation, pursuant to a duly passed corporate resolution by its Board of Directors, hereby sells and transfers to Richard France, (Assignee) and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against the United States Postal Service, arising from the following type claim:

      Claim for damages arising out of the failure of the Postal Service to deliver copies of the Jagazette newsletter in a timely manner.

And the undersigned may in its own name and for its own benefit prosecute, collect, settle, compromise and grant releases on said claim as it in its sole discretion deems advisable.

Signed under seal this 27 day of December, 2007.

JAGUAR ASSOCIATE GROUP

*[signature]*

John E. Thomson, Ph.D., President