

Richard H. France
Editor - Jagazette
Jaguar Associate Group
22860 Old Santa Cruz Hwy.
Los Gatos, CA 95033
Tel: 408-353-3770
Cell: 408-348-0352
Fax: 408-353-3770
rhfrance@jps.net

Plaintiff



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| Richard H. France<br>(Member of the<br>JAGUAR ASSOCIATE GROUP)<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 07-5022 PVT<br><br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that she is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on February 12, 2008 she caused a copy of the following:

> **ESTABLISHING THE RIGHT**
> **FOR MR. FRANCE TO**
> **PROCEED IN AN**
> **INDIVIDUAL CAPACITY**

To be served this date upon:

SCOTT N. SCHOOLS (SC9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief Civil Division
MELISSA K. BROWN (CSBN203307)
Assistant United States Attorney
Melissa.K.Brown@usdoj.gov

by placing a true copy thereof in a sealed envelope and served by FIRST CLASS MAIL with postage thereon fully prepaid in the outgoing mail receptacle in accordance with my usual practice for handling such mailings.

The package was addressed to:

> MELISSA K. BROWN (SBN 203307)
> Assistant United States Attorney
> 450 Golden Gate Avenue, 9th Floor
> San Francisco, CA 94102-3495

I declare under penalty under the laws of the United States of America that the foregoing is true and correct.

Executed this 12TH day of February 2008 at Los Gatos, California.

*Norma J. France*