UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 3/11/08

Court Reporter: Jana Ridenour    Clerk: C. Lew

Case No:C 07-5022 PVT    Case Title: Jaguar Associate Group vs. United States Postal Service

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Richard France (Pro Per) | Melissa Brown |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial     [ ] Status     [ ] Discovery
                        [ ] Settlement  [ ] Final
                        [ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [X] | 1. Motion to Dismiss. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

DISPOSITION

[ ] Granted              [X] Submitted           [ ] Settled

[ ] Denied               [ ] Briefs to be filed  [ ] Not Settled

[ ] Granted in part, denied in part              [ ] Off Calendar

[ ]

ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [X] Court    [ ] Court w/opinion